Lavine v Glavin (2025 NY Slip Op 05432)





Lavine v Glavin


2025 NY Slip Op 05432


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, AND GREENWOOD, JJ. (Filed Oct. 3, 2025.)


MOTION NO. (564/23) CA 22-01764.

[*1]GARY J. LAVINE, PLAINTIFF-RESPONDENT-APPELLANT,
vRITA M. GLAVIN, DEFENDANT-APPELLANT-RESPONDENT.



MEMORANDUM AND ORDER
Motion for leave to renew, or modification denied.








